```
1   JEFFREY F. RYAN, ESQ. SBN 129079
    RYAN & STEINER
2   An Association of Attorneys
    455 North Whisman Road, Suite 200
3   Mountain View, CA 94043-5721
4   Telephone:   (650) 691-1430
    Facsimile:   (650) 968-2685
5
    Attorneys for Plaintiff,
6   PETER A. RICHARDSON
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>    Defendants. | Case No.: 3:08-cv-00302-SI<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

Plaintiff Peter A. Richardson hereby demands a jury trial on all issues.

DATED: January 18, 2008                    RYAN & STEINER
                                           An Association of Attorneys


                                     By:   /S/*Jeffrey F. Ryan*
                                           JEFFREY F. RYAN,
                                           Attorneys for Plaintiff
                                           PETER A. RICHARDSON