James P. Wagoner, #058533
Jack S. Fischer, # 171703
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>Defendant. | CASE NO. C 08-00302 SI<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COMPLAINT FOR DAMAGES**<br><br>Date:    February 29, 2008<br>Time:    9:00 a.m.<br>Ctrm:    10<br>Before:  Honorable Susan Illston<br><br>Complaint Filed: 12/17/07<br><br>[Accompanying Documents: Memorandum of Points And Authorities; [Proposed] Order] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 29, 2008, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom #10 of the above-entitled Court located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California, USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), will move this Court for an order pursuant to Federal Rule of Civil Procedure 12(f) striking portions of the Complaint as follows:

    1.    Paragraph 28 in its entirety.

    2.    Plaintiff's prayer for punitive damages against USAA CIC, at page 5, lines 13-14.

This motion is brought on the grounds that, pursuant to F.R.C.P. 12(f), this Court may

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COMPLAINT

1  strikeout any redundant, immaterial, impertinent and/or scandalous matter inserted into any
2  pleading, including punitive damages allegations.
3     This motion is based upon the Notice of Motion and Motion to Strike, the accompanying
4  Memorandum of Points and Authorities, the papers, records and pleadings on file herein, the
5  reply (if any) to be filed, and any such other oral or documentary evidence that may be presented
6  at the time of hearing on this motion.

Dated: January 22, 2008

          McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP


By: /s/ Jack S. Fischer
           James P. Wagoner
            Jack S. Fischer
Attorneys for Defendant USAA CASUALTY
          INSURANCE COMPANY

88139/00074-1182085.v1