(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual, | CASE NO. C 08-00302 SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING USAA CASUALTY INSURANCE COMPANY'S MOTION TO STRIKE PORTIONS OF COMPLAINT FOR DAMAGES |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5, | Date:    February 29, 2008<br>Time:    9:00 a.m.<br>Ctrm:    10<br>Before:  Honorable Susan Illston |
| Defendant. | Complaint Filed: 12/17/07 |
| | [Accompanying Documents: Notice of Motion; Memorandum of Points And Authorities] |

The Motion of Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), came on regularly for hearing before this court on February 29, 2008, at 9:00 a.m., in Courtroom #10 of the above-entitled court. Attorney Jack S. Fischer of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP appeared on behalf of Defendant USAA CIC. All other appearances are on the record.

/ / /

/ / /

/ / /

  After considering all papers in support of and in opposition to the motion and the oral argument of counsel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

  1. Paragraph 28 of Plaintiff's Complaint for Damages is stricken in its entirety.

  2. Plaintiff's Prayer for punitive damages, as set forth at 5:13-14 of the Complaint, is stricken in is entirety.

  IT IS SO ORDERED.

Dated: _____, 2008

_____
Susan Illston
United States District Judge