1  James P. Wagoner, # 058553
   Jim.wagoner@mccormickbarstow.com
2  Jack S. Fischer, # 171703
   Jack.fisher@mccormickbarstow.com
3  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
4  P.O. Box 28912
   5 River Park Place East
5  Fresno, CA 93720-1501
   Telephone:    (559) 433-1300
6  Facsimile:    (559) 433-2300

7  Paul R. Fine, #053514
   Daniels, Fine, Israel,
8  Schonbuch & Lebovits LLP
   1801 Century Park East
9  Ninth Floor
   Los Angeles, CA 90067
10 Telephone:    (310) 556-7900
   Fascimile:    (310) 556-2807
11
   Attorneys for Defendant
12 USAA CASUALTY INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER A. RICHARDSON, and individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>Defendant. | CASE NO. C 08-00302 SI<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANT USAA CASUALTY INSURANCE COMPANY**<br><br>[pursuant to FRCP 41(A)(1)(ii)] |

IT IS HEREBY STIPULATED by and between plaintiff PETER A. RICHARDSON, by and through his attorney of record, Jeffrey F. Ryan, and defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), by and through its attorney of record, Paul R. Fine, that this entire action against USAA shall be dismissed with prejudice pursuant to the provisions of FRCP 41(a)(1)(ii). Plaintiff and defendant also agree, by and through their respective attorneys

of record, that each party will bear its own costs and fees in this matter.

Dated: February 12, 2008

RYAN & STEINER

By: *Jeffrey F. Ryan*
Jeffrey F. Ryan
Attorney for Plaintiff
PETER A. RICHARDSON

Dated: February 13, 2008

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS LLP

By: *Paul Fine*
Paul R. Fine
Attorney for Defendant
USAA CASUALTY INSURANCE
COMPANY

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant, USAA, is dismissed from this action with prejudice, each party to bear its own costs and fees.

Dated: February ____, 2008

_____
Judge Susan Illston
United States District Court
Northern District of California

1187913.v1